IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| SUNCOAST ENVIRONMENTAL INTERNATIONAL, INC. and RONALD A. McNEIL,<br><br>    Plaintiffs,<br><br>v.<br><br>PARADISE ENVIRONMENTAL SERVICES, INC. and PARADISE ENVIRONMENTAL SERVICES EAST, INC.,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO. 5:04-CV-68-SPM/AK |

### ORDER DISMISSING CERTAIN CLAIMS PURSUANT TO FED.R.CIV.P. 41(A)(2) AS MUTUALLY REQUESTED BY PLAINTIFFS AND DEFENDANTS

This matter having come before the Court on the Joint Motion for Dismissal Pursuant to Fed.R.Civ.P. 41(a)(2) and for Entry of a Permanent Injunction filed by SunCoast Environmental International, Inc. and Ronald A. McNeil (collectively referred to as "Plaintiffs"), and Paradise Environmental Services, Inc. and Paradise Environmental Services East, Inc. (collectively referred to as "Defendants"), the Court having considered same and having been advised that the parties mutually agree to the entry of this Order subject to the terms of the confidential settlement agreement entered into by and between the parties, it is hereby

ORDERED as follows:

(1)   Pursuant to Fed.R.Civ.P. 41(a)(2), the following claims are dismissed with prejudice:

    (a)    All of Plaintiffs' claims made against the Defendants in the above-styled action, except those concerning infringement of U.S. Patents Nos. 5,265,981, 5,490,744, and 5,915,886 (the "McNeil Patents");

    (b)    All of the Defendants' claims and/or counterclaims, if any, asserted against Plaintiffs in the above-styled action.

(2)    Pursuant to Fed.R.Civ.P. 41(a)(2), the following claims are dismissed without prejudice:

    (a)    Plaintiffs' claims made against the Defendants for infringement of the McNeil Patents.

The Court further orders that it expressly retains jurisdiction for purposes of enforcing the Settlement Agreement and the Permanent Injunction consented to by Paradise and Paradise East.

DONE AND ORDERED, this 16th day of June, 2005.

                              */s/ Stephan P. Mickle*
                              THE HONORABLE STEPHAN P. MICKLE
                              JUDGE, UNITED STATES DISTRICT COURT